2302. PRICE *v.* SMITH.

RUSSELL, J. Under the evidence submitted, the judge did not abuse his discretion in setting aside the verdict and judgment and opening the default. *Judgment affirmed.*

Motion to set aside judgment; from city court of Atlanta— Judge Reid. August 16, 1910.

Argued February 22,—Decided May 12, 1910.

*T. L. Bishop,* for plaintiff in error. *L. W. Thomas,* contra.